190 So. 101

### Andrew WILKINS v. Wm. H. HOLCOMBE, Sheriff of Mobile County.

#### I Div. 346.

Court of Appeals of Alabama.
June 7, 1939.

Geo. A. Sossaman, of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for appellee.

PER CURIAM.
Affirmed.